UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Sherzod Rasulov Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MAG 8520

Defendant __Sherzod Rasulov__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

s/Sherzod Rasulov/OTN
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sherzod Rasulov
Print Defendant's Name

_____
**Defendant's Counsel's Signature**

ANTHONY CECUTTI
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

14 Aug 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge